# PHILLIPS DAYES

LAW FIRM

*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN DAVIS, No. 030754
PRESTON FLOOD, 032764
(602) 288-1610 ext. 276
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Mora,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Super Carniceria y Pescedaria Los Alamos, LLC an Arizona limited liability corporation,<br><br>                    Defendants | Case No.: **2:17-cv-00173-BSB**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal with prejudice of this action against Defendant Super Carniceria y Pescedaria Los Alamos, LLC an Arizona Limited liability corporation, each side to bear their own attorneys' fees and costs.

1

2   Dated: April 18, 2017              Respectfully submitted,

3                                      PHILLIPS DAYES LAW FIRM PC

4
                                       By: /s/ Preston Flood
5                                          Trey Dayes
                                           Sean C. Davis
6                                          Preston Flood
                                           Attorneys for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25